

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

In the two (2) causes listed immediately hereunder the following was entered:

Pursuant to and in compliance with an Order of the Supreme Court of Texas, signed March 28, 2013, Misc. Docket No. 13-9045, it is ordered that these causes be transferred to the Sixth Court of Appeals at Texarkana, Texas, and that the Clerk of this Court certify all orders made in this Court, and transmit all records and papers in said causes to the Clerk of the Sixth Court of Appeals.

| CASE NUMBER | STYLE OF CASE | COUNTY |
|---|---|---|
| 1. 2-13-101-CV | Glenn Winningham; house of Fearn v. Chief Justice Terrie Livingston, Judge Tom Lowe, and Clerk Debra Spisak | Tarrant |
| 2. 2-13-102-CV | Glenn Winningham; house of Fearn v. Joe Shannon, Jr., Thomas A. Wilder, and Chris Ponder | Tarrant |

I, DEBRA SPISAK, Clerk of the Second Court of Appeals at Fort Worth, Texas, hereby certify that the foregoing is a true copy of this Court's Order entered April 17, 2013, transferring the above two (2) causes from this Court to the Sixth Court of Appeals at Texarkana, Texas as it appears in Minute Book volume 77, page 229.

IN WITNESS WHEREOF, I hereby certify and affix the seal of the Second Court of Appeals at Fort Worth, Texas this 17th day of April, 2013.

DEBRA SPISAK, CLERK

*Debra Spisak*